

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00403-CV

Jasreal **RUIZ**, and Yajaira E. Ruiz,
Appellants

v.

**PERRY HOMES, LLC**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2025CI01486
Honorable Tina Torres, Judge Presiding

BEFORE JUSTICE SPEARS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 37.3(b) (allowing appellate courts to dismiss an appeal for want of prosecution when an appellant fails to pay or make arrangements to pay the fee for preparing the clerk's record); *see also* TEX. R. APP. P. 42.3(c) (allowing appellate courts to dismiss an appeal when an appellant fails to comply with a court order).

SIGNED August 6, 2025.

_____
Adrian A. Spears II, Justice